UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL BROWN,

                Plaintiff,

    v.

CITY OF MARYSVILLE ET AL.,

                Defendants.

Case No. C25-2218-JHC

ORDER GRANTING IFP

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 13th day of November, 2025.

_____
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1