1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL BROWN,

             Plaintiff,

      v.

CITY OF MARYSVILLE et al.,

             Defendants.

CASE NO. 25-cv-02218-JHC

ORDER

Before the Court is pro se Plaintiff's "Ex Parte Motion to Extend Time to Amend Complaint." Dkt. # 24. For the reasons presented by Plaintiff, the Court GRANTS the motion. Plaintiff may file an amended complaint on or before January 15, 2026.

Dated this 5th day of January, 2026.

John H. Chun
United States District Judge

ORDER - 1