**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DARYL KEVIN BROWN

Plaintiff,

vs.

CITY OF MARYSVILLE, ET AL.,

Defendants.

NO.  **2:25-CV-02218 JHC**

ORDER GRANTING DEFENDANT CITY OF EDMONDS' MOTION TO DISMISS

THIS MATTER comes before the Court on Defendant City of Edmonds' Motion to Dismiss. Dkt. 34.  Plaintiff did not file a timely response to the motion.  *See generally* Dkt.; LCR 7(d).  The motion appears to have merit.  And the Court considers the failure to oppose the motion as an admission that it has merit.  *See* LCR 7(b)(2).  Thus, the Court DISMISSES without prejudice all claims against Defendants City of Edmonds and Erick Martinez.

Dated this 3rd day of April, 2026.

_____
JOHN H. CHUN
United States District Judge

**ORDER GRANTING DEFENDANT CITY OF EDMONDS'**
**MOTION TO DISMISS – 1**
**Cause No.:  2:25-CV-02218 JHC**