UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

DARYL KEVIN BROWN,

                    Plaintiff,

        v.

CITY OF MARYSVILLE,  ET AL.,

                    Defendants.

No. 2:25-CV-02218 JHC

ORDER

        Before the Court is pro se Plaintiff's Motion to Compel Discovery (First Set).  Dkt. # 55.  The Court has considered the materials filed in support of any in opposition to the motion, the rest of the file, and the governing law.  Because Plaintiff has apparently failed to comply with the confer-in-good-faith requirements of Federal Rule of Civil Procedure 37, *see* Dkt. # 60 (unrebutted), the Court DENIES the motion.

        Dated this 30th day of June, 2026.

_____
John H. Chun
United States District Judge

ORDER - 1
2:25-CV-02218 JHC
1103-00002/Brown Order Denying Motion for Discovery