UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

DARYL KEVIN BROWN,

Plaintiff,

v.

CITY OF MARYSVILLE, ET AL.,

Defendants.

No. 2:25-CV-02218 JHC

ORDER

This matter come before the Court on what appears to have been filed as pro se "Plaintiff's Motion for Partial Summary Judgment and Motion for Sanctions Under FRCP 11." Dkt. # 51. But Plaintiff's filing is merely a proposed order. For the reasons presented at Dkt. # 57, the Court DENIES the motion—to the extent it is a motion—as procedurally improper.

DATED THIS 27th DAY OF July, 2026.

John H. Chun
United States District Judge